**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**COVINGTON**

Eastern District of Kentucky
**F I L E D**

**JAN 0 9 2020**

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

**V.**                                    INDICTMENT NO. 20-4-DLB-CJS

**BRANDON S. KILLION**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

### COUNT 1
### 21 U.S.C. § 846

On or about a date in August 2018, and continuing through on or about a date in August 2019, in Kenton County, in the Eastern District of Kentucky, and elsewhere,

**BRANDON S. KILLION**

conspired with others known and unknown to knowingly and intentionally distribute and possess with the intent to distribute less than fifty kilograms of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance, a violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

### COUNT 2
### 21 U.S.C. § 841(a)(1)

On or about August 29, 2019, in Kenton County, in the Eastern District of Kentucky,

**BRANDON S. KILLION**

did knowingly and intentionally possess with intent to distribute a mixture or substance

containing a detectable amount of marijuana, a Schedule I controlled substance, all in

violation of 21 U.S.C. § 841(a)(1).

**A TRUE BILL**

**ROBERT M. DUNCAN, JR.**
**UNITED STATES ATTORNEY**

## **PENALTIES**

**COUNT 1:**   Not more than 20 years imprisonment, a fine of not more than $1,000,000, and at least 3 years of supervised release.

**COUNT 2:**   Not more than 5 years imprisonment, a fine of not more than $250,000, and at least 2 years of supervised release.

**PLUS:**   Mandatory special assessment of $100 per count.

**PLUS:**   Restitution, if applicable.